[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 204.]

**WITTEN, APPELLEE, *v*. CITY OF RICHMOND HEIGHTS ET AL., APPELLANTS.**

**[Cite as *Witten v. Richmond Hts.*, 2001-Ohio-280.]**

*Appellate procedure—Final order—Political subdivision tort liability—R.C. 2744.02(C)—Court of appeals' judgment affirmed on authority of Stevens v. Ackman.*

(No. 00-917—Submitted February 28, 2001—Decided March 28, 2001.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 77728.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Stevens v. Ackman* (2001), 91 Ohio St.3d 182, ___ N.E.2d ___.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

*Lester S. Potash,* for appellee.

*R. Todd Hunt*, Director of Law; *Walter & Haverfield, P.L.L., Jonathan D. Greenberg* and *Barbara R. Marburger*, for appellants.

————————————